| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, #87692 |
| | Acting Federal Defender |
| 2 | ANDRAS FARKAS, CA Bar #254302 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
ONOFRE ESPINOZA-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:12-cr-00295 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO RE-SET SENTENCING |
| | ) SCHEDULE AND HEARING; |
| v. | ) ORDER |
| ONOFRE ESPINOZA-TORRES, | ) Date: February 25, 2013 |
| | ) Time: 8:30 A.M. |
| Defendant. | ) Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new sentencing schedule be set as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Informal Objections Due | January 18, 2013 | February 1, 2013 |
| Formal Objections Due | February 4, 2013 | February 19, 2013 |
| Sentencing Hearing | February 11, 2010 - 8:30 A.M. | February 25, 2013 - 8:30 A.M. |

This Stipulation is entered into at the request of Counsel for Defendant. Counsel was ill and out of the office the week of January 8 - 11, 2013. Counsel is the Assistant Federal Defender assigned to duty at the U.S. Magistrate Court in Yosemite, and was, for that reason, again out of his office from Monday afternoon, January 14th until Thursday, January 17, 2013. Counsel has not yet had an opportunity to meet with Defendant to discuss the Presentence Investigation Report, and needs additional time to do so prior to preparing any appropriate objections on Defendant's behalf. Assistant United States Attorney Kevin P.

Rooney has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

Because this is a sentencing hearing, no waiver of time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) is required.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 18, 2013    By: /s/ Kevin P. Rooneyt
KEVIN P. ROONEY
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: January 18, 2013    By: /s/ Andras Farkas
ANDRAS FARKAS
Assistant Federal Defender
Attorneys for Defendant
ONOFRE ESPINOZA-TORRES

## **O R D E R**

Good cause appearing, the sentencing schedule shall be and is hereby modified as set forth above and the sentencing hearing now scheduled for February 11, 2013 is hereby continued to February 25, 2013 at 8:30 A.M.

IT IS SO ORDERED.

**Dated:   January 18, 2013**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Re-Set Sentencing Schedule
and Hearing; [Proposed] Order