BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
GRANT B. RABENN
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4044
(559) 497-4099 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00295-LJO-SKO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ONOFRE ESPINOZA-TORRES, A.K.A. PERDO ONOFRE ESPINOZA, | |
| Defendant. | |

WHEREAS, on December 4, 2012, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant in the following property:

    a. Smith & Wesson, Model 22A-1, .22 Caliber, Pistol, S/N UCJ8710; and
    b. Jennings Bryco 38, .380 auto, SN 444653;
    c. U.S. Currency seized from the defendant on August 15, 2012, in the amount of approximately $27,400.00;
    d. Cellphone seized from the defendant on August 15, 2012.
    e. Lamp seized from the defendant on August 15, 2012.
    f. Pistol magazine seized from the defendant on August 15, 2012.
    g. Ammunition seized from the defendant on August 15, 2012.

AND WHEREAS, beginning on December 29, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the

first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Onofre Espinoza-Torres aka Perdo Onofre Espinoza.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **March 13, 2013**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE